

May 26, 2015

**VIA E-FILING**
The Honorable Sue L. Robinson
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Unit 31
Wilmington, DE 19801-3568

Re: *Preservation Technologies, LLC v. MLB Advanced Media L.P.*
(C.A. No. 14-cv-1294-SLR)
*Preservation Technologies, LLC v. NFL Enterprises LLC*
(C.A. No. 14-cv-1295-SLR)
*Preservation Technologies, LLC v. Vevo, LLC*
(C.A. No. 14-cv-1296-SLR)
*Preservation Technologies, LLC v. World Wide Wrestling Entertainment, Inc.*
(C.A. No. 14-cv-1297-SLR)

Dear Judge Robinson:

Pursuant to the Court's May 11, 2015 Order (D.I. 12, C.A. No. 14-cv-1294-SLR) in the above cases, Plaintiff Preservation Technologies, LLC ("Preservation") provides its view on coordination of discovery and *Markman* proceedings.

Preservation and Defendant Vevo, LLC ("Vevo") have filed a stipulation seeking to stay the action against Vevo pending execution of a near final settlement. Therefore, Preservation respectfully requests coordinated discovery and *Markman* proceedings in the other three cases. Given the nine overlapping patents in the actions (U.S. Patent Nos. 5,813,014; 5,832,499; 6,092,080; 6,353,831; 5,832,495; 6,477,537; 6,199,060; 6,212,527; 6,549,911), Preservation believes that coordinated discovery and *Markman* proceedings will promote the efficient progress of those actions.

Defendants NFL Enterprises LLC and World Wide Wrestling Entertainment, Inc. have already filed a response to Preservation's Complaint. The time for Defendant MLB Advanced Media L.P. to move, answer, or otherwise respond to Preservation's Complaint has been extended by stipulation and order to June 6, 2015. Therefore, Preservation believes that the most efficient time for a joint scheduling conference, subject to the Court's availability, is July 20-22, 2015; July 24, 2015; or July 27-31, 2015.

We are available at the Court's convenience to discuss this matter further.

Respectfully submitted,

*/s/ Michael E. Farnan*
Michael E. Farnan

cc: Counsel of Record (via E-Filing)

919 N. MARKET STREET, 12TH FLOOR, WILMINGTON, DE 19801
PHONE: (302) 777-0300 • FAX: (302) 777-0301 • WWW.FARNANLAW.COM