**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PRESERVATION TECHNOLOGIES LLC<br><br>  Plaintiff,<br><br>  v.<br><br>NFL ENTERPRISES LLC,<br><br>  Defendant. | C.A. No. 14-cv-1295-SLR-SRF |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff Preservation Technologies, LLC ("Preservation") and Defendant NFL Enterprises LLC, by and through their counsel of record, hereby submit this joint stipulation for dismissal with prejudice of Preservation's claims against NFL Enterprises LLC in the above-captioned action. Each party will bear its own costs and attorneys' fees incurred in the action.

| | |
|---|---|
| Dated: April 7, 2016 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (fax)
bfarnan@farnanlaw.com

Of Counsel:

DINOVO PRICE ELLWANGER
& HARDY LLP
William M. Parrish
Victor G. Hardy
Nicole E. Glauser
Stefanie T. Scott
DiNovo Price Ellwanger & Hardy LLP
7000 N. MoPac Expressway, Suite 350
Austin, Texas 78731
Telephone: (512) 539-2626
Telecopier: (512) 539-2627

Attorneys for Plaintiff
Preservation Technologies LLC

/s/ Stephen J. Kraftschik
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
Stephen J. Kraftschik (#5623)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com
skraftschik@mnat.com

Of Counsel:

VINSON & ELKINS LLP
Hilary L. Preston
666 Fifth Avenue, 26th Floor
New York, NY 10103
(212) 237-0000
hpreston@velaw.com

VINSON & ELKINS LLP
Matthew J. Ricciardi
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC  20037
(202) 639-6500
mricciardi@velaw.com

Attorneys for Defendant
NFL Enterprises LLC

IT IS SO ORDERED this ___ day of April, 2016.

_____
The Honorable Sue L. Robinson